NUMBER 13-07-174-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_________________________________________________ _________


IN RE REGION ONE ESC


_____________________________________________ ______________


On Petition for Writ of Mandamus

__________________________________________ ______ ___________


MEMORANDUM OPINION



Before Chief Justice Valdez and Justices Rodriguez and Garza


Per Curiam Memorandum Opinion (1)



 Relator, Region One ESC, filed a petition for writ of mandamus in the above
cause on March 20, 2007. The Court, having examined and fully considered the
petition for writ of mandamus, is of the opinion that relator has not shown itself
entitled to the relief sought. Accordingly, the petition for writ of mandamus is
DENIED. See Tex. R. App. P. 52.8(a). 


 PER CURIAM



Memorandum Opinion delivered and filed

this 20th day of March, 2007.

 


 

1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).